USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/16/2020__

# The Law Office of
# ALBERT TALERO, P.C.
71-50 Austin Street, Suite 207
Forest Hills, New York 11375-4709

ALBERT TALERO

BARBARA COHEN

Tel: (718) 261-6780
Fax: (718) 261-6478
E-mail: atalero@talerolaw.com

January 14, 2020

**MEMO ENDORSED**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The January 16 sentencing is adjourned to January 23 at 11:00 AM.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __1/16/2020__
> New York, New York

Re: *United States v. Gaetano Valastro*
Case No. S1 17-Cr.-398 (ER)

Honorable Sir:

I represent Defendant Valastro, and I write to respectfully request that sentencing, currently scheduled for Thursdeay, January 16th, be adjourned for one week, to January 23rd, or a later date convenient to the Court, so that I may complete and submit the Defendant's Sentencing Memorandum in time for the Court's consideration prior to sentencing.

I have spokene with AUSA Kimberly Ravener, and she consents to the adjournment. I thank the Court for whatever consideration it can give this request..

Respectfully submitted,

/at5420/
Albert Talero

AT:pc

cc. Kimberly J. Ravener